# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEROZE BHAIJEE, Trustee of the Bhaijee Revocable Trust dated 7/10/2020; TASNEEM BHAIJEE, Trustee of the Bhaijee Revocable Trust dated 7/10/2020; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 8:21-cv-01619-DFM<br><br>*Hon. Magistrate Douglas F. McCormick*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　October 1, 2021<br>Trial Date:　　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Amber Machowski's action against Defendants Feroze Bhaijee and Tasneem Bhaijee is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: January 20, 2022

Hon. Douglas F. McCormick
United States Magistrate Judge